```
_____ FILED   _____ LODGED
          _____ RECEIVED
             01/06/2021
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN C. SMITH,<br><br>Defendant. | No. CR21- 5016<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

### COUNT I

On or about November 17, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JUSTIN C. SMITH, did operate a motor-vehicle in a reckless manner, with willful or wanton disregard for the safety of persons or property.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.500.

### COUNT II

On or about November 17, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JUSTIN C. SMITH, did drive and operate a motor vehicle

INFORMATION
United States v. JUSTIN C. SMITH
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

on a public highway at a time when his privilege to do so was suspended or revoked in the third degree.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.20.342(1)(c).

DATED this 6th day of January, 2021.

BRIAN T. MORAN
United States Attorney

JONATHON H. CODY
Special Assistant United States Attorney

INFORMATION
United States v. JUSTIN C. SMITH
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil